# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

CARMEN GUERRERO-SANDOVAL,
   Plaintiff,

  v.           Case Number 2:25-cv-559
                Judge Edmund A. Sargus, Jr.

PAM BONDI, et al.,
   Defendants.

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

Place:   Telephone Conference

TYPE OF PROCEEDING: **Rule 65.1 Telephone Conference**

**TAKE NOTICE** that a Rule 65.1 Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **May 22, 2025 at 1:30 p.m.**

**Telephone Conference Instructions:**
- The parties are directed to call **1-646-828-7666**
- Enter the meeting ID **161 760 7265** and press **#**
- It will prompt you to enter your participant ID or press #. Press **#**
- Enter the conference passcode **182928** and press **#**

            **EDMUND A. SARGUS, JR.**
            **UNITED STATES DISTRICT JUDGE**

DATE: May 20, 2025

             /s / Christin M. Werner
            (By) Christin M. Werner, Deputy Clerk