Case No. 25-3398

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CARMEN GUERRERO-SANDOVAL

    Plaintiff

and

CDBG, a minor child; UNBORN CHILD, bring this action through their mother Carmen Graciela Guerrero Sandoval, ex rel as their next friend and guardian

    Plaintiffs - Appellants

v.

PAMELA BONDI, U.S. Attorney General; SECRETARY KRISTI NOEM

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Kelly L. Stephens, Clerk

Issued:  July 23, 2025