IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARMEN GUERRERO-SANDOVAL, *et al.*, | : |
| Plaintiffs, | : CASE NO. 2:25-cv-00559 |
| | : |
| v. | : JUDGE EDMUND A. SARGUS |
| | : |
| | : MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| PAM BONDI, UNITED STATES ATTORNEY GENERAL, *et al.*, | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

Upon consultation and consent of the parties, counsel for Plaintiffs, and counsel for Defendants, hereby dismiss this case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice. Each party shall bear its own costs and fees.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

| | |
|---|---|
| s/Christopher R. Yates | s/George A. Katchmer |
| CHRISTOPHER R. YATES (0064776) | GEORGE A. KATCHMER (0005031) |
| Assistant United States Attorney | 1886 Brock Road N.E. |
| 303 Marconi Boulevard, Suite 200 | Bloomingburg, Ohio 43106 |
| Columbus, Ohio 43215 | E-mail: parisworking13@hotmail.com |
| E-mail: christopher.yates@usdoj.gov | *Attorney for Plaintiffs* |
| *Attorney for Defendants* | |